1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                   **CENTRAL DISTRICT OF CALIFORNIA**
10
11
12  GEORGE R. PETERSON,            )    No. SACV 05-72-SVW(CW)
                                   )
13              Petitioner,         )    JUDGMENT
                                   )
14         v.                      )
                                   )
15  JEANNE WOODFORD, et al.,       )
                                   )
16              Respondent.         )
                                   )
17  ─────────────────────────────
18      **IT IS ADJUDGED** that the petition is dismissed as moot.
19
20  DATED:   April 13, 2011
21
22                                       _____
                                         STEPHEN V. WILSON
23                                       United States District Judge